Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10255−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph A. Mingrino Sr.
   56 Tilden Road
   Thorofare, NJ 08086

Social Security No.:
   xxx−xx−8833

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/8/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 8, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph A. Mingrino, Sr.  
    Debtor

Case No. 22-10255-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Nov 08, 2022     Form ID: 148     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph A. Mingrino, Sr., 56 Tilden Road, Thorofare, NJ 08086-2610 |
| 519483445 | | Emergency Care Services of NJ, PA, 509 N. Broad Street, Woodbury, NJ 08096-1617 |
| 519483447 | | Inpira Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519483448 | + | Inspira Health Network Medical Group, PO Box 650292, Dallas, TX 75265-0292 |
| 519483449 | | Inspira Medical Center, 501 N. Broad Street, Woodbury, NJ 08096 |
| 519483454 | + | MedExpress Billing, PO Box 14099, Belfast, ME 04915-4034 |
| 519483464 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519535263 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519483463 | | State of New Jersey, Dept of the Treasury, Division of Tax, Federal/NJ State Offset Program, PO Box 283, Trenton, NJ 08646-0283 |
| 519483465 | #+ | Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 519536476 | + | US Bank NA, trustee for RMAC Trust Series 2016-CT, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 519483468 | + | West Deptford Township, 400 Crown Point Road, West Deptford, NJ 08086-2146 |
| 519483469 | + | ZOLL, 121 Gamma Drive, Pittsburgh, PA 15238-2919 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519483443 | | EDI: CAPITALONE.COM | Nov 09 2022 01:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519490929 | + | EDI: AIS.COM | Nov 09 2022 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519483444 | + | EDI: CCS.COM | Nov 09 2022 01:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519684867 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 08 2022 20:40:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519684868 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 08 2022 20:40:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing, |
| 519483446 | ^ | MEBN | Nov 08 2022 20:35:42 | HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 519483450 | | EDI: IRS.COM | Nov 09 2022 01:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: 148 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 519483451 | | EDI: JEFFERSONCAP.COM | Nov 09 2022 01:33:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 519523776 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2022 20:39:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519483452 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2022 20:39:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519483453 | + | Email/Text: BKNotice@ldvlaw.com | Nov 08 2022 20:39:00 | Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519483455 | ^ | MEBN | Nov 08 2022 20:34:29 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 519483457 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 08 2022 20:39:00 | Progressive, PO Box 31260, Tampa, FL 33631-3260 |
| 519483458 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 08 2022 20:40:00 | Quest Diagnostics, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 519483459 | + | Email/Text: ngisupport@radiusgs.com | Nov 08 2022 20:39:00 | Radius Global Solutions LLC, 500 North Franklin Turnpike, Suite 200, Mail Code-747, Ramsey, NJ 07446-1160 |
| 519483460 | + | Email/Text: info@bolderhealthcare.com | Nov 08 2022 20:39:00 | Receivables Outsourcing, LLC, PO Box 549, Timonium, MD 21094-0549 |
| 519483461 | | Email/Text: bkenotice@rushmorelm.com | Nov 08 2022 20:39:00 | Rushmore Loan Management Services LLC, Customer Care Department, PO BOx 55004, Irvine, CA 92619-5004 |
| 519491059 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 08 2022 20:40:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519483456 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 08 2022 20:39:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bkrptcy Unit, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 519483462 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 08 2022 20:40:00 | Santander Consumer USA, 8585 N Stemmons Fwy Ste 1100, Dallas, TX 75247-3836 |
| 519531474 | + | EDI: RMSC.COM | Nov 09 2022 01:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519483466 | | EDI: RMSC.COM | Nov 09 2022 01:33:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519483467 | + | EDI: VERIZONCOMB.COM | Nov 09 2022 01:33:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rex J. Roldan | on behalf of Debtor Joseph A. Mingrino Sr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8